UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| IN THE MATTER OF DEERE CREDIT, * <br> INC. (FORMERLY SENSTAR FINANCE * <br> COMPANY), AS OWNER OF * <br> THE BARGE NM-315, and STATE * <br> STREET BANK AND TRUST COMPANY * <br> OF CONNECTICUT, NATIONAL * <br> ASSOCIATION, AS OWNER * <br> TRUSTEE OF THE BARGE ACL-9933B * <br> AND NOT IN ITS INDIVIDUAL * <br> CAPACITY, AND GENERAL ELECTRIC * <br> CAPITAL CORPORATION, AS * <br> BENEFICIAL OWNER OF THE BARGE * <br> ACL-9933B, PRAYING FOR * <br> EXONERATION FROM AND/OR * <br> LIMITATION OF LIABILITY * <br> ***************************************** | C. A. NO. B-02-125 <br> (Subject to Rule 9(h) <br> of the Federal Rules <br> of Civil Procedure) <br> Admiralty |

**EX-PARTE MOTION FOR APPROVAL OF
AD INTERIM STIPULATION, RESTRAINING ORDER,
DISSOLUTION OF WARRANTS FOR ARREST,
<u>NOTICE TO CLAIMANTS AND OTHER RELIEF</u>**

NOW COMES Deere Credit Inc. (Formerly Senstar Finance Company), as Owner of

the Barge NM-315, and State Street Bank and Trust Company of Connecticut, National

Association, as Owner Trustee of the Barge ACL-9933B and Not in its Individual Capacity,

and General Electric Capital Corporation, as Beneficial Owner of the Barge ACL-9933B,

(collectively referred to as "the Petitioners"), as owner and charterer respectively of the

Barges NM-315 and ACL-9933B (jointly referred to as the "Barges"), through undersigned

N0835860.1

counsel, and apply to the Court for the relief provided in Supplemental Rule F for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure approving the ad interim stipulation filed by them, restraining all of the proceedings against Petitioners and their Barges relating to the casualty described in the Complaint, dissolving all warrants of arrest against any Barges in such proceedings, and directing notice to all claimants. Mover submits a proposed Order detailing the precise relief requested and states their grounds in support of this motion and the memorandum attached hereto.

                                          Respectfully submitted,

                                          *Leslie O. Cassidy III w/perm by* [signature]
                                          **LESLIE D. CASSIDY, III**
                                          Attorney-in-Charge for Petitioner
                                          State Bar No. 03979270
                                          Federal Identification No. 5931
                                          **WOOLSEY & CASSIDY, P.C.**
                                            1020 Bank of America
                                            500 North Water Street
                                            Corpus Christi, Texas 78471
                                            Telephone: (361) 887-2965
                                            Fax: (361) 887-6521

OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

**GLENN G. GOODIER**
State Bar No. 06130
Jones, Walker, Waechter,
 Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8174