United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF DEERE CREDIT, | * | C. A. NO. B-02-125 |
| INC., (FORMERLY SENSTAR FINANCE | * | (Subject to Rule 9(h) of the |
| COMPANY), AS OWNER OF | * | Federal Rules |
| THE BARGE NM-315, and STATE | * | of Civil Procedure) |
| STREET BANK AND TRUST COMPANY | * | Admiralty |
| OF CONNECTICUT, NATIONAL | * | |
| ASSOCIATION, AS OWNER TRUSTEE | * | |
| OF THE BARGE ACL-9933B AND NOT | * | |
| IN ITS INDIVIDUAL CAPACITY, and | * | |
| GENERAL ELECTRIC CAPITAL | * | |
| CORPORATION, AS BENEFICIAL | * | |
| OWNER OF THE BARGE ACL-9933B, | * | |
| PRAYING FOR EXONERATION FROM | * | |
| AND/OR LIMITATION OF LIABILITY | * | |

* * * * * * * * * * * * * * * * * * * * * * * * ** * * **

## AD INTERIM STIPULATION

WHEREAS, Petitioners, Deere Credit, Inc. (formerly Senstar Finance Company), as owner of the Barge NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of the Barge ACL-9933B, and not in its individual capacity, and General Electric Capital Corporation, as beneficial owner of the Barge ACL-9933B, have filed a Complaint in this Court praying for exoneration from or limitation of liability in respect to the matters and things set out in said Complaint, in which Petitioners, among other things, have elected to file an Ad Interim Stipulation for the aggregate value of the Barges and Petitioners' interest in said Barges and the freight then pending at the time referred to in said Complaint, with interest and costs in accordance with Supplemental Rule F of the Federal Rules of Civil

{N0835654.1}

Procedure, and further prays that a Notice issue to all persons having or asserting any act, manner, thing, loss, damages or destruction done, occasioned or incurred by reason of these matters, happenings and events referred to in said Complaint, citing them to file their claim with the Clerk of this Court and make due proof of their respective claim and answer the Complaint herein, and that a restraining order issue enjoining commencement and further prosecution of any and all actions, claims or proceedings, except under and pursuant to the provisions of a Notice granted herein;

WHEREAS, Claimants wish to prevent the prosecution of all proceedings against them and/or the Barges and the commencement or prosecution hereafter of any and all suits, actions or legal proceedings of any kind, nature, or description whatever, in any and all courts, growing or arising out of matters and happenings cited in said Complaint against Petitioners and/or the Barges except in the present proceedings, and also wish to provide an Ad Interim Stipulation for value of security for Petitioners, pending the ascertainment by reference, if ordered, of the amount of Petitioners' interest in said Barges and freight then pending at the time alleged in the Complaint;

NOW, THEREFORE, in consideration of the premises, Petitioners, as principals, hereby undertake the sum of $443,976.00, with interest thereon at 6% per annum from the date of this Stipulation and costs, that Petitioners will pay into the Court, and if whenever the Court shall order, the aggregate amount of Petitioners' interest in said Barges and freight then pending at the time described in the Complaint, or such other times as the Court may determine, with interest thereon at the rate of 6% per annum from the date of the Stipulation and costs, while filing this proceeding or bond for further stipulation for said value with an approved surety in said amount, and that pending such payment into or filing with the Court of the amount of value of said

{N0835654.1}

Petitioners' interest in the vessel and freight then pending at the time alleged in the Complaint, as may be ascertained or determined under order of said Court, or giving of further stipulation for value thereof, this Stipulation shall stand as security for all claims in said limitation proceedings.

As further security for the Ad Interim Stipulation Zurich-American Insurance Group hereby agrees in accordance with the attached Letter of Undertaking dated June 6, 2002:

1. To file an action by Deere Credit, Inc. (formerly Senstar Finance Company), as owner of the Barge NM-315, seeking exoneration from or limitation of liability in the United States District Court for the Southern District of Texas, Brownsville Division, Texas.

2. In the event a final decree (after appeal, if any) may be answered in favor of any Claimant in the action described in paragraph 1, then the undersigned party agrees to pay and satisfy up to (and not exceeding) the sum of $443,976.00 with interest at 6%, court costs and any said final decree after appeals, if any, decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned party, without any final decree being entered.

3. Upon demand, to cause to be filed in said action, a bond with an approved corporate surety in the amount of $443,976.00 with interest of 6%, to satisfy all statutory requirements in said action described in paragraph 1 above. In the event that the bond referred to in this paragraph is filed, the undersigned party shall have no further obligation under this Ad Interim Stipulation.

4. This Stipulation and Letter of Undertaking are to be binding whether the Barges are lost or not lost, in port or not in port, and is given without prejudice to all rights or defenses which Deere Credit, Inc. (formerly Senstar Finance Company),

as owner of the Barge NM-315, State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of the Barge ACL-9933B, and not in its individual capacity, and General Electric Capital Corporation, as beneficial owner of the Barge ACL-9933B, or others at interest may have, none of which is to be regarded as waived.

This 10th day of June, 2002.

WOOLSEY & CASSIDY, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 886-3253
Fax: (361) 886-3299

By: _____
Les Cassidy
State Bar Number 03979270
Federal Identification 5931

OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 886-3253
Fax: (361) 886-3299

GLENN G. GOODIER
Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174

{N0835654.1}                                            4