
United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

B-02-125

| | | |
|---|---|---|
| IN THE MATTER OF DEERE CREDIT, | * | C. A. NO. |
| INC. (FORMERLY SENSTAR FINANCE | * | (Subject to Rule 9(h) |
| COMPANY), AS OWNER OF | * | of the Federal Rules |
| THE BARGE NM-315, and STATE | * | of Civil Procedure) |
| STREET BANK AND TRUST COMPANY | * | Admiralty |
| OF CONNECTICUT, NATIONAL | * | |
| ASSOCIATION, AS OWNER | * | |
| TRUSTEE OF THE BARGE ACL-9933B | * | |
| AND NOT IN ITS INDIVIDUAL | * | |
| CAPACITY, AND GENERAL ELECTRIC | * | |
| CAPITAL CORPORATION, AS | * | |
| BENEFICIAL OWNER OF THE BARGE | * | |
| ACL-9933B, PRAYING FOR | * | |
| EXONERATION FROM AND/OR | * | |
| LIMITATION OF LIABILITY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RELATED PROCEEDINGS

Undersigned counsel for Petitioners hereby informs the Court that the above-referenced action involves the same transaction and incident which is the subject matter of Civil Action No. B-02-004 (Admiralty) consolidated with Civil Action No. B-01-157 (Admiralty) pending on the docket of the Honorable Hilda G. Tagle.

N0835800.1

Respectfully submitted,

*[signature]* Leslie D Cassidy III w/ per... by *[signature]*

LESLIE D. CASSIDY, III
Attorney-in-Charge for Petitioner
State Bar No. 03979270
Federal Identification No. 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521


**GLENN G. GOODIER**
State Bar No. 06130
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174