United States District Court
Southern District of Texas
FILED

JUN 1 0 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF DEERE CREDIT, | * | C. A. NO. B-02-125 |
| INC. (FORMERLY SENSTAR FINANCE | * | (Subject to Rule 9(h) of the |
| COMPANY), AS OWNER OF | * | Federal Rules |
| THE BARGE NM-315, and STATE | * | of Civil Procedure) |
| STREET BANK AND TRUST COMPANY | * | Admiralty |
| OF CONNECTICUT, NATIONAL | * | |
| ASSOCIATION, AS OWNER TRUSTEE | * | |
| OF THE BARGE ACL-9933B AND NOT | * | |
| IN ITS INDIVIDUAL CAPACITY, and | * | |
| GENERAL ELECTRIC CAPITAL | * | |
| CORPORATION, AS BENEFICIAL | * | |
| OWNER OF THE BARGE ACL-9933B, | * | |
| PRAYING FOR EXONERATION FROM | * | |
| AND/OR LIMITATION OF LIABILITY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\* \* \* \*

### CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW Deere Credit, Inc. (formerly Senstar Finance Company), as owner of the Barge NM-315, and State Street Bank and Trust Company of Connecticut, National Association, as Owner Trustee of the Barge ACL-9933B, and not in its individual capacity, and General Electric Capital Corporation, as beneficial owner of the Barge ACL-9933B, Petitioners herein, who file and certify that the following are believed to be interested parties in this litigation:

1. American Commercial Lines LLC;

2. American Commercial Barge Line LLC;

3.  Brown Water Marine Services, Inc.;

4.  Zurich US;

5.  Liberty International Underwriters;

6.  Indemnity Insurance Company of North America;

7.  Certain Underwriters at Lloyd's of London;

8.  Deere Credit, Inc., formerly Senstar Finance Company;

9.  State Street Bank and Trust Company of Connecticut, National Association;

10. General Electric Capital Corporation; and

11. Claimants in Civil Action No. B-02-004 (Admiralty) consolidated with Civil Action No. B-01-157 (Admiralty) pending before the Honorable Hilda G. Tagle.

Respectfully submitted,

*Leslie O. Cassidy III w/ perm.*

LESLIE D. CASSIDY, III
Attorney-in-Charge for Petitioner
State Bar No. 03979270
Federal Identification No. 5931
**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521

OF COUNSEL:

**WOOLSEY & CASSIDY, P.C.**
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
Telephone: (361) 887-2965
Fax: (361) 887-6521


**GLENN G. GOODIER**
State Bar No. 06130
Jones, Walker, Waechter,
  Poitevent, Carrere & Denegre, L.L.P.
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174