# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 1 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IN THE MATTER OF DEERE CREDIT, INC. (FORMERLY SENSTAR FINANCE COMPANY), AS OWNER OF THE BARGE NM-315, AND STATE STREET BANK AND TRUST COMPANY OF CONNECTICUT, NATIONAL ASSOCIATION, AS OWNER TRUSTEE OF THE BARGE ACL-9933B NOT IN ITS INDIVIDUAL CAPACITY, AND GENERAL ELECTRIC CAPITAL CORPORATION, AS BENEFICIAL OWNER OF THE BARGE ACL-9933B, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-125 |

## ORDER OF CONSOLIDATION

On September 15, 2001, the tug M/V BROWN WATER V and a tow made up of several barges including NM-315 and ACL-9933B allided with the Queen Isabella Causeway located in Cameron County, Texas. Brown Water Marine Service, Inc. and American Commercial Barge Lines LLC have filed Complaints for Exoneration From and/or Limitation of Liability in C.A. No. B-01-157 and B-02-004. Both those cases are pending before United States District Judge Hilda G. Tagle who has consolidated them.

It is apparent from a review of this case that it involves questions of fact and law in common with those arising in the other two complaints.

IT IS THEREFORE **ORDERED** that, pursuant to Fed. R. Civ. P. 42(a) this case be consolidated with C.A. No. B-01-157.

DONE at Brownsville, Texas, this 14th day of June, 2002.

Filemon B. Vela
United States District Judge